# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NIKKIA BAILEY, o/b/o JDB, a minor child,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | No. 1:16-cv-03148-RHW<br><br>**ORDER GRANTING STIPULATED MOTION FOR REMAND** |

Before the Court is a Stipulated Motion for Remand and the parties jointly move the Court to remand for further administrative proceedings. **ECF No. 18.** Based on the agreement of the parties and the record, the Court finds good cause to grant the motion.

The Commissioner's decision to deny Plaintiff's application for disability benefits is **REVERSED** and **REMANDED** for further proceedings including a de novo hearing pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the administrative law judge shall: (1) reassess Plaintiff's impairments at Step Three; (2) reevaluate all medical evidence of record, providing analysis related to the weight given to each opinion; (3) if warranted, obtain assistance from a medical

**ORDER GRANTING MOTION FOR REMAND ~ 1**

expert to determine whether Plaintiff's impairments met or equaled the severity of all six domains; and (4) reevaluate allegations and subjective complaints.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for Remand, **ECF No. 18**, is **GRANTED**.

2. The Commissioner's decision is **REVERSED** and this matter is **REMANDED** for further administrative proceedings consistent with this order.

3. All pending motions in this matter are now moot.

4. Reasonable attorney fees shall be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

5. Judgment shall be entered for Plaintiff and the file shall be **CLOSED.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to counsel, and **close the file.**

**DATED** this 26th day of April, 2017.

*s/Robert H. Whaley*
ROBERT H. WHALEY
Senior United States District Judge

**ORDER GRANTING MOTION FOR REMAND ~ 2**