# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

NIKKIA BAILEY, o/b/o JDB, a minor child,

*Plaintiff*

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

*Defendant*

Civil Action No. 1:16-CV-03148-RHW

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment is entered in favor of Plaintiff pursuant to the Court's Order Granting Stipulated Motion for Remand entered on April 26, 2017.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Robert H. Whaley on a motion for remand (stipulated).

Date: April 26, 2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cora Vargas
*(By) Deputy Clerk*

Cora Vargas